■ LAUREN BRASCO, Respondent, v SUTANANI R. VINOD et al., Appellants, and ANTHONY PIAZZA et al., Respondents. SUTA-NANI R. VINOD et al., Third-Party Plaintiffs-Appellants, v CITY OF NEW YORK et al., Third-Party Defendants-Respondents.—Judgment, Supreme Court, New York County (Kenneth Shorter, J.), entered on or about December 7, 1987, unanimously affirmed. Plaintiff-respondent, defendants-respondents and third-party defendants-respondents shall recover of appellants one bill of $75 costs and disbursements of this appeal. The motion to strike part of the reply brief is denied. No opinion. Concur—Murphy, P. J., Kupferman, Carro, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH ANDINO, Appellant.—Judgment, Supreme Court, New York County (Murray Mogel, J.), rendered on October 23, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ In the Matter of CHARLES KADISH, an Attorney.—Motion granted only to extent of referring matter to Departmental Disciplinary Committee for the First Judicial Department for a hearing as to final sanction to be imposed, and denied in all other respects; and respondent's suspension continued pending receipt of Departmental Disciplinary Committee's report and the further order of this court. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.

(December 16, 1988)

■ In the Matter of JONATHAN B. ALTSCHULER, an Attorney.—Petitioner's application is granted to the extent of staying the effective date of respondent's suspension to and including January 14, 1989. The order of this court entered herein is effective nunc pro tunc as of December 15, 1988. Concur—Sullivan, J. P., Asch, Kassal and Smith, JJ.